

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| | § | |
| GARRY LEE ATTERBERRY, | § | No.08-21-00069-CR |
| Appellant, | § | Appeal from the |
| v. | § | 122nd District Court |
| THE STATE OF TEXAS, | § | of Galveston County, Texas |
| State. | § | (TC# 13CR2852) |
| | § | |

**O R D E R**

The Court GRANTS the State's third motion for extension of time within which to file the brief until **February 16, 2022.** NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE STATE'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Rebecca Klaren, the State's attorney, prepare the State's brief and forward the same to this Court on or before February 16, 2022.

IT IS SO ORDERED this 14th day of January, 2022.

PER CURIAM

Before Rodriguez, C.J., Palafox, and Alley, JJ.